IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DANNY WILLIAMS,                  :
                                 :
            Plaintiff            :
                                 :
VS.                              :
                                 :
JIM WETHERINGTON, *et al.*,      :       NO. 1:02-CV-126(WLS)
                                 :
            Defendants           :       **O R D E R**

Plaintiff **DANNY WILLIAMS**, an inmate at Ware State Prison in Waycross, Georgia,

has filed a motion (Tab # 143) to proceed *in forma pauperis* on appeal from the Court's Order

(Tab # 133) accepting and adopting U.S. Magistrate Judge Richard L. Hodge's Recommendation

(Tab # 128) that the defendants' motions for summary judgment be granted. In the Court's best

judgment, an appeal from that Order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3).

Accordingly, having been carefully considered, plaintiff's motion to proceed *in forma pauperis*

on appeal is hereby **DENIED**.

If plaintiff wishes to proceed with his appeal, he must pay the entire $255 appellate filing

fee. Because plaintiff has stated that he cannot pay the $255 immediately, he must pay using the

partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section1915(b), the

prison account custodian where plaintiff is incarcerated shall cause to be remitted to the Clerk of

this Court monthly payments of 20% of the preceding month's income credited to plaintiff's

account until the $255 appellate filing fee has been paid in full. Twenty percent of any deposits

into the prisoner's account shall be withheld by the prison account custodian who, on a monthly

basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court

Williams v. Wetherington, et al                                              Doc. 144

each time the amount in the account exceeds $10.00 until the total filing fee of $255 has been

paid. Checks should be made payable to "Clerk, U.S. District Court."

A copy of this order shall be served upon plaintiff's prison account custodian.
**SO ORDERED**, this _____ day of November, 2005.


W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT