IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| DANNY WILLIAMS, | : | |
| Plaintiff | : | |
| VS. | : | |
| JIM WETHERINGTON, *et al.*, | : | NO. 1:02-CV-126(WLS) |
| Defendants | : | **ORDER** |

Plaintiff **DANNY WILLIAMS**, an inmate at Ware State Prison in Waycross, Georgia, has filed a motion (Tab # 143) to proceed *in forma pauperis* on appeal from the Court's Order (Tab # 133) accepting and adopting U.S. Magistrate Judge Richard L. Hodge's Recommendation (Tab # 128) that the defendants' motions for summary judgment be granted. In the Court's best judgment, an appeal from that Order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, having been carefully considered, plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

If plaintiff wishes to proceed with his appeal, he must pay the entire $255 appellate filing fee. Because plaintiff has stated that he cannot pay the $255 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section 1915(b), the prison account custodian where plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to plaintiff's account until the $255 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court

each time the amount in the account exceeds $10.00 until the total filing fee of $255 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

      A copy of this order shall be served upon plaintiff's prison account custodian.
      **SO ORDERED**, this _1st_ day of November, 2005.

                                          /s/ W. Louis Sands
                                          W. LOUIS SANDS, CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT